EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Resolución de Despedida de la Licenciada Lourdes Díaz Antommattei Compiladora y Publicista del Tribunal Supremo de Puerto Rico | 2005 TSPR 131<br><br>165 DPR \_\_\_\_ |

Número del Caso: ED-2005-2

Fecha: 15 de septiembre de 2005

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Resolución de Despedida de la
Licenciada Lourdes Díaz Antommattei
Compiladora y Publicista del
Tribunal Supremo de Puerto Rico

RESOLUCIÓN

San Juan, Puerto Rico a 15 de septiembre de 2005.

La licenciada Lourdes Díaz Antommattei finaliza sus labores en el Tribunal Supremo de Puerto Rico como Compiladora y Publicista en el día de hoy, luego de más de dos décadas de desempeñarse en la Rama Judicial. Este Tribunal, consciente de los muchos años que la licenciada Díaz Antommattei laboró en la Rama Judicial, le testimonia con esta Resolución su afecto y agradecimiento.

La licenciada Díaz Antommattei comenzó a trabajar como Compiladora Auxiliar del Tribunal Supremo en 1983. Sus vínculos con este Tribunal y la Rama Judicial, sin embargo, antecedían a esa fecha, pues su señor padre, el Hon. Jorge Díaz Cruz, fue Juez Asociado de este Tribunal desde el 1973 hasta la fecha de su retiro en 1984. Posteriormente, en febrero de 1986 la licenciada Díaz Antommattei fue designada en propiedad como Compiladora y Publicista del Tribunal Supremo.

Como Compiladora y Publicista del Tribunal correspondió a la licenciada Díaz Antommattei dirigir los trabajos de edición y publicación de la colección oficial de las decisiones que emite este Tribunal, conocida como *Decisiones de Puerto*

*Rico*. A tenor con ello, le correspondió dirigir los trabajos de revisión y edición de las opiniones, sentencias, resoluciones y votos particulares que emiten este Tribunal y sus integrantes, de modo que el producto que finalmente fuese publicado se ajustara a criterios de la más alta calidad. De igual modo, correspondió a la licenciada Díaz Antommattei brindar apoyo continuo a las oficinas de los señores Jueces Asociados y señoras Juezas Asociadas con recomendaciones editoriales, así como a las demás oficinas de este Tribunal.

Hoy, al despedir a la licenciada Díaz Antommattei, recordamos con afecto y agradecimiento su disponibilidad para colaborar con este Tribunal en estas y otras encomiendas de importancia para la Rama Judicial y la comunidad jurídica y le deseamos éxito en su vida personal y profesional.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal.


Aida I. Oquendo Graulau
Secretaria del Tribunal Supremo